AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

26 U.S.C. § 7216, Disclosure or Use of Information by Preparer of Tax Returns (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
One Year Prison
One Year Supervised Release
$100,000 Fine
$25 Special Assessment

DEFENDANT - U.S.

▶ LAURA E. PRUITT

DISTRICT COURT NUMBER

CR 08 0289 MAG

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Department of the Treasury, Office of the Inspector General

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

} MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

Joseph P. Russoniello

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Wendy Thomas

### DEFENDANT

IS NOT IN CUSTODY

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
520 S. Van Ness Ave., #372
San Francisco, CA 94110

Date/Time:

Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                 SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,         ) No.
                                       )
13 |     Plaintiff,                    ) VIOLATION: Title 26, United States Code,
                                       ) Section 7216 – Disclosure or Use of
14 | v.                                ) Information by Preparer of Tax Returns
                                       ) (Class A Misdemeanor)
15 | LAURA E. PRUITT,                  )
                                       )
16 |     Defendant.                    ) SAN FRANCISCO VENUE
   |_____)
17
18
19                      I N F O R M A T I O N
20 The United States Attorney charges:
21    On or about March 20, 2007, in the Northern District of California, the defendant,
22                           LAURA E. PRUITT,
23 was engaged in the business of preparing, and providing services in connection with the
24 preparation of tax returns, and did knowingly and recklessly use information furnished to her for,
25 and in connection with the preparation of a tax return, for a purpose other than to prepare, or assist
26 in preparing tax returns, to wit: the defendant altered victim R.Y.G.'s tax return to deposit
27 //
28 //

INFORMATION

1  R.Y.G.'s tax refund into the defendant's bank account, in violation of Title 26, United States
2  Code, Section 7216, a Class A Misdemeanor.
3
4  DATED:  5/1/08

JOSEPH P. RUSSONIELLO
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Section

(Approved as to form: _____
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION