1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11   UNITED STATES OF AMERICA,        )    Case No. CR 08-0289 MAG
                                      )
12           Plaintiff,               )
                                      )
13       v.                           )    **[PROPOSED] ORDER FOR SUMMONS**
                                      )
14   LAURA E. PRUITT,                 )
                                      )
15           Defendant.               )
     _____)
16

17

18        Having reviewed the Declaration of Donald Magilligan, the Court finds that probable cause

19   exists to believe that an offense has been committed.  Accordingly, pursuant to Fed. R. Crim. P.

20   58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Laura E.

21   Pruitt, 520 S. Van Ness # 372, San Francisco, CA 94110, to appear on June 3, 2008 at 9:30 a.m.

22   before Magistrate Judge Bernard Zimmerman to answer the Information that has been filed by

23   the United States Attorney.

24

25        IT IS SO ORDERED.

26

27   Dated: _____       _____
                                          EDWARD M. CHEN
28                                        United States Magistrate Judge

ORDER  FOR SUMMONS
Case No. CR  08-0289  MAG