1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,      ) Case No. CR 08-0289 MAG
                                    )
12 |     Plaintiff,                 )
                                    )
13 | v.                             ) [~~PROPOSED~~] ORDER FOR SUMMONS
                                    )
14 | LAURA E. PRUITT,               )
                                    )
15 |     Defendant.                 )
                                    )
16

17

18   Having reviewed the Declaration of Donald Magilligan, the Court finds that probable cause
19 exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P.
20 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant, Laura E.
21 Pruitt, 520 S. Van Ness # 372, San Francisco, CA 94110, to appear on June 3, 2008 at 9:00 a.m.
22 before Magistrate Judge Bernard Zimmerman to answer the Information that has been filed by
23 the United States Attorney.
24
25   IT IS SO ORDERED.
26
27   Dated: 5/8/08
                                                    _____
28                                                  EDWARD M. CHEN
                                                    United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 08-0289 MAG