PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Bernard Zimmerman<br>U.S. Magistrate Judge | RE: | Laura Eileen Pruitt |
| FROM: | Carol K.J. Mendoza<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR08-00289 |
| DATE: | June 5, 2008 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Carol K.J. Mendoza                                510-637-3751
U.S. Pretrial Services Officer                    TELEPHONE NUMBER

RE:    Pretrial Release Conditions

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

✓ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

Modification(s)

A.

B.

Bail Revoked/Bench Warrant Issued.

I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

Other Instructions:
*Please inform court immediately if she does not appear for diversion interview.*

_____        _____
JUDICIAL OFFICER                                        DATE

Cover Sheet (12/03/02)