JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-7234
    E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 08-0289 MAG |
|     Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 3, 2008 TO AUGUST 8, 2008. |
| LAURA E. PRUITT, | |
|     Defendant. | |

The parties appeared before the Honorable Bernard Zimmerman on June 3, 2008.  At that time, the parties stipulated that the matter would be continued until August 5, 2008, and that time should be excluded from the Speedy Trial Act calculations from June 3, 2008, through August 5, 2008, for a period during which Pre-Trial Services will evaluate the eligibility of the defendant for pretrial diversion.  *See* 18 U.S.C. § 3161(h)(2).  The parties agree that pretrial diversion is an appropriate disposition of this case and that - taking into account the public interest in prompt disposition of criminal cases - good cause exists for this

//

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0289 MAG**

extension.  Accordingly, the parties agree that the prosecution will be deferred for Pretrial Services to evaluate the defendant for pretrial diversion eligibility. 18 U.S.C. § 3161(h)(2).

IT IS SO STIPULATED.

DATED: 6/25/08                             _____/s/_____
                                            BARRY PORTMAN
                                            Counsel for Laura E. Pruitt


DATED: 6/25/08                             _____/s/_____
                                            WENDY THOMAS
                                            Special Assistant U.S. Attorney


IT IS SO ORDERED.

DATED: June 26, 2008                       _____
                                            THE HON. BERNARD ZIMMERMAN
                                            United States Magistrate Judge



**[PROPOSED[ ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 08-0289 MAG**                         2