JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-6809
   Facsimile: (415) 436-7234
   E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 08-0289 MAG |
|     Plaintiff, | ) | |
| v. | ) | **[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM AUGUST 5, 2008 to AUGUST 19, 2008.** |
| LAURA E. PRUITT, | ) | |
|     Defendant. | ) | |

This matter is currently set before the Court on August 5, 2008.  The parties have been informed by Pretrial Services that Pretrial Services needs several more weeks to complete their evaluation of the defendant for pretrial diversion.  The parties hereby stipulate that the defendant's August 5, 2008, appearance be vacated and continued to August 19, 2008, or as soon thereafter as the matter may be heard, so that Pre-Trial Services may complete their evaluation. The parties further stipulate that time should be excluded under the Speedy Trial Act for deferral of prosecution.  *See* 18 U.S.C. § 3161(h)(2).  The parties agree that pretrial diversion is an appropriate disposition of this case and that - taking into account the public interest in prompt

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0289 MAG**

disposition of criminal cases - good cause exists for this extension.  Accordingly, the parties agree that the prosecution will be deferred for Pretrial Services to evaluate the defendant for pretrial diversion eligibility. 18 U.S.C. § 3161(h)(2).

      IT IS SO STIPULATED.

DATED: 8/01/08                                     _____/s/_____
                                                                                   BARRY PORTMAN
                                                                                    Counsel for Laura E. Pruitt

DATED: 8/01/08                                     _____/s/_____
                                                                                    WENDY THOMAS
                                                                                    Special Assistant U.S. Attorney

      IT IS SO ORDERED.

DATED:_____                            _____
                                                                                THE HON. BERNARD ZIMMERMAN
                                                                                United States Magistrate Judge