| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | WENDY THOMAS (NYBN 4315420)<br>Special Assistant United States Attorney |

450 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 436-6809
Facsimile: (415) 436-7234
E-Mail: wendy.thomas@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. CR 08-0289 MAG |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM AUGUST 5, 2008 to ~~AUGUST 19, 2008.~~ August 20, 2008 |
| LAURA E. PRUITT, | ) | |
| Defendant. | ) | |

This matter is currently set before the Court on August 5, 2008. The parties have been informed by Pretrial Services that Pretrial Services needs several more weeks to complete their evaluation of the defendant for pretrial diversion. The parties hereby stipulate that the defendant's August 5, 2008, appearance be vacated and continued to ~~August 19, 2008~~ August 20, 2008 at 1:30 p.m., or as soon thereafter as the matter may be heard, so that Pre-Trial Services may complete their evaluation. The parties further stipulate that time should be excluded under the Speedy Trial Act for deferral of prosecution. *See* 18 U.S.C. § 3161(h)(2). The parties agree that pretrial diversion is an appropriate disposition of this case and that - taking into account the public interest in prompt

**[PROPOSED[ ORDER AND
STIPULATION EXCLUDING TIME
CR 08-0289 MAG**

disposition of criminal cases - good cause exists for this extension. Accordingly, the parties agree that the prosecution will be deferred for Pretrial Services to evaluate the defendant for pretrial diversion eligibility. 18 U.S.C. § 3161(h)(2).

IT IS SO STIPULATED.

DATED: 8/01/08            _____/s/_____
                          BARRY PORTMAN
                          Counsel for Laura E. Pruitt

DATED: 8/01/08            _____/s/_____
                          WENDY THOMAS
                          Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: August 20, 2008    _____
                          THE HON. BERNARD ZIMMERMAN
                          United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**[PROPOSED[ ORDER AND**
**STIPULATION EXCLUDING TIME**
**CR 08-0289 MAG**            2