```
 1  JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
 2
    BRIAN J. STRETCH (CABN 163973)
 3  Chief, Criminal Division

 4  ACADIA L. SENESE (CABN 251287)
    Special Assistant United States Attorney
 5
       450 Golden Gate Avenue, 11th Floor
 6     San Francisco, California 94102
       Telephone: (415) 436-6809
 7     Fax: (415) 436-7234
       Email:    Acadia.Senese@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-0289 BZ |
| Plaintiff, | |
| v. | **MOTION AND [PROPOSED] ORDER TO DISMISS INFORMATION** |
| LAURA PRUITT, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above Information with prejudice. The government has been informed by United States Pretrial

///
///
///
///
///
///

Motion and [Proposed] Order to Dismiss Information
CR 08-0289 BZ

1  Services Officer Kenneth J. Gibson that the defendant has successfully completed pretrial
2  diversion.

3                                                        Respectfully submitted,

4
                                                         JOSEPH P. RUSSONIELLO
5                                                        United States Attorney

6

7
   Dated:    4/8/2010                                           /s/
8                                                        ACADIA L. SENESE
                                                         Special Assistant United States Attorney
9

10

11     The Court hereby grants leave to dismiss the above Information with prejudice.

12

13

14
15 Dated: 8/Apr/C
                                                         BERNARD ZIMMERMAN
16                                                       United States Magistrate Judge

Motion and [Proposed] Order to Dismiss Information
CR 08-0289 BZ                                            2